**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO:   5:04cr50/MCR
                                                                                 5:07cv54/MCR/MD

TOBY A. BLESSMAN
_____/

**O R D E R**

    The defendant has filed a notice of appeal (doc. 226) and a motion for certificate of appealability (doc. 227) with respect to the order entered on October 1, 2007 (doc. 224). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

    Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of October 1, 2007, a certificate of appealability is DENIED.

    No motion for leave to proceed *in forma pauperis* has been filed.  The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal.  Accordingly, the $455.00 filing fee shall be paid within 30 days from the date of this order.

    DONE AND ORDERED this 27th day of November, 2007.

                                  *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS
                                UNITED STATES DISTRICT JUDGE**